**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON**

**CRIMINAL CASE NO. 21-54-DLB-CJS**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**vs.**                                           **ORDER**

**RAY CALVIN HISEY, II**                                         **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Ray Calvin Hisey, II's competency was evaluated at the Federal Detention Center in SeaTac, Washington from February 25, 2022 to April 28, 2022, in response to concerns regarding Hisey's mental health and as detailed in the United States Magistrate Judge's Report and Recommendation. (Doc. # 37). Following this evaluation, Forensic Psychologist Cynthia Low, Ph.D., submitted a report to the Court which concluded that Defendant is suffering from Schizophrenia, rendering him mentally incompetent such that he cannot appreciate the nature and consequences of the proceedings against him and that he is unable to assist in his defense. Simply put, Dr. Low reports that Hisey is currently incompetent to stand trial.

Following the receipt of Dr. Low's forensic report, Magistrate Judge Candace J. Smith held a hearing on May 19, 2022, regarding Hisey's competency. (Doc. # 35). The only proof offered at that hearing was Dr. Low's report, with the parties stipulating to its admissibility and their acceptance of Dr. Low's findings and opinions therein. (*Id.;* Doc. # 36). Following that hearing, after summarizing the case background and evaluation process, the Magistrate Judge recommended that the Court adopt Dr. Low's findings.

(Doc. # 37).  The parties have also waived the 14-day period for filing objections to the Report and Recommendation so that it may be submitted for immediate consideration. (*Id.*).

Being sufficiently advised, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Candace J. Smith (Doc. # 37) is **ADOPTED** and **INCORPORATED** in full.

2. The Court finds that Defendant Ray Calvin Hisey, II is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense in accordance with 18 U.S.C. § 4241(d).  As a result, he is hereby committed to the custody of the Attorney General for treatment at a suitable facility.

Once an appropriate facility designation is made, Defendant shall remain at the facility for a reasonable period of time, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that he will attain the capacity to permit further proceedings to take place in the foreseeable future.  18 U.S.C. § 4241(d)(1).

If at any time during Defendant's initial period of commitment the director of the facility determines that Defendant has recovered his competency, the director shall file a certificate to that effect promptly with the Clerk of the Court.  18 U.S.C. § 4241(e).

This 3rd day of June, 2022.



Signed By:
*David L. Bunning*
United States District Judge